1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SERGIO DELGADO,                        No.  2:22-cv-0235 JAM AC P

12                Plaintiff,

13          v.                              FINDINGS AND RECOMMENDATIONS

14   HIGH DESERT STATE PRISON, et al.,

15                Defendants.

16

17          Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has filed an in forma pauperis affidavit in which he indicates that he has

19   no cash.  ECF No. 2 at 2.  However, plaintiff's trust account statement reflects that he has a

20   balance of $2,938.83.  ECF No. 10.

21          The court may authorize the commencement of an action "without prepayment of fees or

22   security therefor" by an individual who submits an application evidencing an inability to pay such

23   fees or give security therefor.  28 U.S.C. § 1915(a).  Plaintiff has made an inadequate showing of

24   indigency in the application before the court.  It will therefore be recommended that the

25   application to proceed in forma pauperis be denied and that plaintiff be required to pay the

26   $402.00 before this action can proceed.

27          Accordingly, IT IS HEREBY RECOMMENDED that:

28          1.  Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, be DENIED.

                                              1

2.  Plaintiff be given thirty days to pay the filing fee or face dismissal of the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 1, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE