UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO DELGADO,<br><br>            Plaintiff,<br><br>       v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>            Defendants. | No.  2:22-cv-0235 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 1, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 11.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 1, 2022 (ECF No. 11), are adopted in full; and

2. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is DENIED.

3. Within thirty days of the filing of this order, plaintiff shall pay the filing fee in full or face dismissal of the case.

Dated:  May 11, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE