UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO DELGADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-0235 JAM AC P<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By order filed May 12, 2022, plaintiff was directed to pay the filing fee within thirty days or face dismissal of this case.  ECF No. 12.  The thirty-day period has now expired, and plaintiff has not paid the filing fee or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

////

////

////

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 27, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE