UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO DELGADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-00235-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 13) |

　　　　Plaintiff Sergio Delgado is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 28, 2022, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to pay the requisite filing fees. (Doc. No. 13.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 1–2.) No objections have been filed and the time to do so has since passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on June 28, 2022 (Doc. No. 13) are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 2, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2